**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SHERRIE THOMPSON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

| | |
|---|---|
| **SHERRIE THOMPSON,** | **No.   2:17-CV-00584-CKD** |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting   Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to January 15, 2018.

This is a first extension.

Dated:   January 5, 2018                                   /s/    *Jesse S. Kaplan*

JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration


Dated:  January 5, 2018                    */s/ per e-mail authorization*

DANIEL TALBERT
Special Assistant U.S. Attorney
Attorney for Defendant


## ORDER


For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a reply brief is extended to January 15, 2018.

SO ORDERED.


Dated:  January 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE